FILED

2003 OCT 31  P 2: 35

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
RICHARD ELDERKIN                            :    CIVIL ACTION NO.  3:02cv1474(CFD)
                                            :
    Plaintiffs,                             :
v.                                          :
                                            :
PATRICK BONA, ET AL.                        :
                                            :
    Defendants.                             :    OCTOBER 31, 2003
                                            :
----------------------------------------------------------

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants, Patrick Bona, Richard Guisti, Sr., Edward C. Demers and Robert Devine, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by one hundred twenty (120) days, in order to complete outstanding discovery and to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

|                      | **Present Deadline** | **Proposed Deadline** |
|----------------------|----------------------|-----------------------|
| Discovery            | November 1, 2003     | **March 1, 2003**     |
| Dispositive Motions  | December 1, 2003     | **April 1, 2003**     |

All other deadlines are similarly to be extended.

In support of this Motion, the parties represent as follows:

342688

1.     The parties recently completed the deposition of both plaintiffs, Luis Maia and Richard Elderkin. The parties have also exchanged written discovery.

2.     Most discovery is complete in this case, however, the recent depositions have lead to limited additional discovery that the parties wish to conduct.

3.     Despite the diligence of the parties; however, it does not appear that they will be able to complete discovery as set forth within the existing scheduling order, such that the defendants will be able to file dispositive motions by the exiting December 1, 2003 deadline.

4.     On October 31, 2003, counsel for the plaintiffs, John R. Williams agreed to this request.

342688

**WHEREFORE**, the defendants, Patrick Bona, Richard Guisti, Sr., Edward C. Demers and Robert Devine, requests that their Motion for Extension of Scheduling Order of one hundred twenty (120) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
PATRICK BONA, RICHARD GUISTI, SR.,
EDWARD C. DEMERS and ROBERT DEVINE

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

342688

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, Motion for Extension of Scheduling Order, has been sent via U.S. certified mailed, postage prepaid, this 31st day of October 2003, to the following counsel of record:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

342688