UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 13  P 2: 09

U.S. DISTRICT COURT
HARTFORD, CT.

ELDERKIN,
    Plaintiff

    - v -                                        3:02-CV-1474 (CFD)

BONA
    Defendant

ORDER

A settlement conference shall be held before the undersigned on **February 12, 2004, at 10:00 a.m.**  The parties shall submit ex parte statements **to the Chambers of Judge Smith,** Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than February 10, 2004.  **Facsimiles will not be accepted.**

**Counsel shall be accompanied by the appropriate persons with authority to settle.**  See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**Dated at Hartford, Connecticut, this 13th day of January, 2004.**

_____
Thomas P. Smith
United States Magistrate Judge