UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

February 12, 2004

10:00 a.m.

CASE NO. **3-02-1474** (CFD) <u>**Elderkin v. Bona**</u>
**SETTLEMENT CONFERENCE**

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - Did not settle
Time - 41