UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


RICHARD ELDERKIN,
    Plaintiffs

 - v -                        CIV.NO. 3:02CV1474(CFD)

PATRICK BONA, et al.,
    Defendants


## SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held in this case today. The case has not settled. The case does not appear likely to settle. The parties should proceed with their litigation. If any of the parties request, the undersigned will conduct another session shortly before jury selection

    Dated at Hartford, Connecticut this 12th day of February, 2004


_____
Thomas P. Smith
United States Magistrate Judge