UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday March 25, 2004

10:15 a.m.

CASE NO. **3:02cv1474 MRK**   **Elderkin, et al v. Bona, et al**

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510
203-562-9931

James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277
860-548-2600

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931

STATUS CONFERENCE HELD

DATE: 3/25/04

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK