FILED
Mar 30  3 03 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA | CIVIL ACTION NO. 3:02CV1474(MRK) |
| Plaintiffs, | |
| v. | |
| PATRICK BONA, RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and ROBERT<br>DEVINE | |
| Defendants. | MARCH 29, 2004 |

### DEFENDANTS' STATUS REPORT
### AND MOTION FOR EXTENSION OF TIME

As directed by the Court on March 25, 2004, during the teleconference regarding the above matter, set forth below is the Defendants' Status Report regarding efforts by counsel to narrow the issues in dispute. In addition, based upon the parties' good faith efforts to resolve this matter, and scheduling conflicts beyond counsels' control, the defendants Patrick Bona, Richard Guisti, Sr., and Edward C. Demers respectfully request an extension of the dispositive motion deadline by ten (10) days to a date certain of **April 11, 2004**, from the present deadline of April 1, 2004. In support of this request, the defendants represent as follows:

357925

1

1. On March 25, 2004, following the telephone status conference with the Court, defense counsel had a lengthy teleconference with plaintiffs' counsel, Christy Doyle, during which defense counsel articulated the basis upon which the defendants propose to seek summary judgment on the plaintiffs' claims.

2. In sum, defendants propose to challenge by summary judgment the bulk of the plaintiffs' claims, with the possible exception of plaintiff Richard Elderkin's claims, if any, for excessive force. On March 25, 2004, the factual and legal basis for the challenge was articulated by defense counsel to Attorney Doyle.

3. On March 26, 2004, defense counsel had a telephone conversation with plaintiffs' counsel Norman A. Pattis, during which counsel again discussed the merits of the plaintiffs' claims and the possibility of narrowing the issues in dispute by eliminating some of the plaintiffs' causes of action from the case. Attorney Pattis indicated that the plaintiffs would need to be counseled regarding these issues and that plaintiffs' counsel was reluctant to eliminate any claims without sufficient client consultation.

4. During that March 26, 2004 telephone conference, offers to compromise this dispute were exchanged. This was a continuation of the parties' efforts at the February 12, 2004 settlement conference.

357925

5. On Sunday March 28, 2004, defense counsel received a telephone message from plaintiffs' counsel Christy Doyle, concerning both the defendants' request to withdraw some of the plaintiffs' causes of action and the settlement discussions.

6. Attorney Doyle indicated that she had prepared a memorandum to Attorney John R. Williams concerning the possible elimination of causes of action and the possibility of resolving this dispute and that Attorney Williams, who has the client relationship with the plaintiffs, would respond to defense counsel after counseling his clients.

7. Defendants' counsel has begun work on a motion for summary judgment; however, defendants' counsel is scheduled to conduct a deposition in Boston on Wednesday, March 31, 2004. Given the fact that plaintiff Luis Maia lives in Brazil, and that defendants' counsel will be leaving the state, additional time is needed to bring these discussions to closure.

8. Since the parties are working in good faith toward trying to narrow, or eliminate altogether, the issues in dispute, it is respectfully requested that the dispositive motion deadline be extended by ten (10) days, in the interest of judicial economy.

9. Despite the diligence of the parties, it does not appear that the dispositive motion deadline of April 1, 2004 can be met.

10. On March 29, 2004, Attorney Williams was not available but the undersigned discussed this Status Report and Motion for Extension with plaintiffs' counsel, Christy Doyle, and

357925

she indicated that she agrees with the request and that the additional ten days would help the parties try to resolve these issues.

**WHEREFORE**, the defendants, Patrick Bona, Richard Guisti, Sr., and Edward C. Demers request that their Motion for Extension of Time of ten (10) days be granted.

> RESPECTFULLY SUBMITTED,
> DEFENDANTS,
> PATRICK BONA, RICHARD GUISTI, SR.,
> and EDWARD C. DEMERS
>
> By: _____
> JAMES N. TALLBERG, ESQ.
> Fed. Bar No. ct17849
> Updike, Kelly & Spellacy, P.C.
> One State Street, P.O. Box 231277
> Hartford, CT 06123-1277
> Tel. (860) 548-2600

## CERTIFICATION

I hereby certify that a copy of the foregoing, Motion for Extension of Time, has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 29th day of March 2004:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

357925

5