UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ELDERKIN and | : | |
| LUIS MAIA, | : | NO. 3:02CV1474(MRK) |
| Plaintiffs, | : | |
| v. | : | |
| PATRICK BONA, | : | |
| RICHARD GUISTI, SR., | : | |
| EDWARD C. DEMERS and | : | |
| ROBERT DEVINE, | : | |
| Defendants. | : | |

## ORDER

_____Defendants' Status Report And Motion For Extension Of Time [doc. #27], dated March 29, 2004, is hereby GRANTED. The deadline for the filing of dispositive motions is extended to **April 11, 2004**.

IT IS SO ORDERED.

/s/   _____Mark R. Kravitz_____
                  U.S.D.J.

Dated at New Haven, CT: April 1, 2004.