UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA<br><br>      Plaintiffs,<br>v.<br><br>PATRICK BONA, RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and ROBERT<br>DEVINE<br><br>      Defendants. | CIVIL ACTION NO.  3:02CV1474(MRK)<br><br><br><br><br><br><br><br><br>APRIL 15, 2004 |

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Patrick Bona, Richard Guisti, Sr. and Edward Demers, respectfully submit this Notice of Filing Supplemental Exhibits to their Motion For Summary Judgment, dated April 12, 2004. Defendants wish to supplement Exhibits 1 and 2 to their Motion for Summary Judgment with the original Affidavits of Richard Guisti sworn to on April 12, 2004 and Edward C. Demers sworn to on April 13, 2004.

359870

DEFENDANTS,

PATRICK BONA, RICHARD GUISTI, SR.,
and EDWARD C. DEMERS

By: _____
    JAMES N. TALLBERG, ESQ.
    Fed. Bar No. ct17849
    Updike, Kelly & Spellacy, P.C.
    One State Street, P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. (860) 548-2600
    jtallberg@uks.com

359870

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 15th day of April 2004:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Robert Devine
69 Morris Street
Naugatuck, CT 06770

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

359870

3