UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA, | :<br>:   NO. 3:02CV1474(MRK)<br>: |
| Plaintiffs, | : |
| v. | : |
| PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE, | :<br>:<br>:<br>: |
| Defendants. | : |

**<u>RULING ON PENDING MOTION</u>**

For the reasons stated on the record in open court on June 14, 2004, Defendant Bona, Guisti, and Demers' Motion for Summary Judgment [doc. #29] is GRANTED in part and DENIED in part. The motion is denied insofar as the moving Defendants sought judgment on Plaintiffs' § 1983 claim based on an illegal seizure in violation of the Fourth Amendment. The motion is granted insofar as the moving Defendants sought judgment on Plaintiffs' § 1983 claim based on the use of excessive force in violation of the Fourth Amendment. All other claims asserted against the moving Defendants are deemed abandoned or waived. As a result, the only remaining claim of Plaintiffs against the moving Defendants is a § 1983 claim for illegal seizure in violation of the Fourth Amendment.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, CT: June 15, 2004.