# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA, | : | NO. 3:02CV1474(MRK) |
| Plaintiffs, | : | |
| v. | : | |
| PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE, | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐ A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)

**This reference does not affect any of the existing deadlines and shall not delay discovery unless the Court has entered a separate order to that effect upon showing of necessity.**

SO ORDERED this   16th   day of   June  ,   2004   at New Haven, Connecticut.


          /s/         Mark R. Kravitz         
                UNITED STATES DISTRICT JUDGE