UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA,<br><br>        Plaintiffs,<br><br>v.<br><br>PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE,<br><br>        Defendants. | :<br>:    NO. 3:02CV1474(MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

      The Court hereby sets the following trial schedule in this case:

1. Jury selection will take place on **August 31, 2004 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:30 a.m. on September 9, 2004**.

2. A final pre-trial conference will be held at **4:00 p.m. on August 13, 2004** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum (instructions are attached) is due **July 23, 2004**.

IT IS SO ORDERED.

                /s/      Mark R. Kravitz
                        United States District Judge

Dated at New Haven, Connecticut: June 23, 2004.