UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD J. ELDERKIN<br>and LUIS MAIA | :<br>:<br>: | |
| VS. | : | CIVIL ACTION NO. |
| | : | |
| CHIEF BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE | :<br>:<br>:<br>: | JULY 23, 2004 |

### **A P P E A R A N C E**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as additional counsel in this case for the plaintiffs, RICHARD J. ELDERKIN and LUIS MAIA.

                                                                           THE PLAINTIFFS

                                  BY:   _____
                                              KATRENA ENGSTROM
                                              Federal Bar No. ct09444
                                              Williams and Pattis, LLC
                                              51 Elm Street
                                              New Haven, CT 06510
                                              TELEPHONE:  203.562.9931
                                              FAX:  203.776.9494

**CERTIFICATION:**

A true and accurate copy of the foregoing was sent to counsel set forth below on July 23, 2004:

James N. Tallberg
Updike, Kelly & Spellacy, P.C.
P. O. Box 231277
Hartford, CT 06123-1277

_____
KATRENA ENGSTROM