# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA<br><br>　　　Plaintiffs,<br>v.<br><br>PATRICK BONA, RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and ROBERT<br>DEVINE<br><br>　　　Defendants. | CIVIL ACTION NO. 3:02CV1474(MRK)<br><br><br><br><br><br><br><br>JULY 23, 2004 |

## DEFENDANTS' MOTION IN LIMINE

Pursuant to Rule 403 of the Federal Rules of Evidence and Rule 26(a)(2) of the Federal Rules of Civil Procedure, the defendants Patrick Bona, Richard Guisti and Edward Demers, respectfully seek an order to prevent the plaintiffs from presenting any evidence at trial regarding (1) undisclosed experts, in particular, the testimony of Helen Hart and the plaintiffs' alleged other medical experts. Because the plaintiffs failed to comply with Rule 26(a)(2), they should be precluded from introducing any evidence from their alleged medical experts, since they were not property disclosed, did not produce expert's reports, and the deadline for doing so has long since passed.

In addition, the defendants seek an order preventing the plaintiffs from presenting any evidence at trial regarding (2) claims of excessive force or alleged physical injuries caused by

excessive force, which claims were dismissed on summary judgment; (3) claims of improper or unlawful search of the plaintiff's basement on Umberfield Road, which claims were dismissed on summary judgment; (4) photographs of the plaintiff's basement regarding the alleged improper search, which claims were dismissed on summary judgment; and (5) any testimony or evidence regarding the plaintiffs' alleged emotional distress, which claims were dismissed on summary judgment.

For the above reasons and as more fully discussed in the accompanying memorandum of law, the defendants respectfully request that this Motion in Limine be granted.

>                RESPECTFULLY SUBMITTED,
>                DEFENDANTS,
>                RICHARD GUISTI, SR.
>                and EDWARD C. DEMERS
>
>                By:_____
>                    JAMES N. TALLBERG, ESQ.
>                    Fed. Bar No. ct17849
>                    Updike, Kelly & Spellacy, P.C.
>                    One State Street, P.O. Box 231277
>                    Hartford, CT 06123-1277
>                    Tel. (860) 548-2600
>                    jtallberg@uks.com

## CERTIFICATION

I hereby certify that a copy of the foregoing, Motion in Limine, has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 23rd day of July 2004:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.