UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA<br>    Plaintiffs, | : | CIVIL ACTION NUMBER |
| V. | : | 3:02CV01474 (CFD) |
| PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE<br>    Defendants. | : | MAY 2, 2003 |

### PLAINTIFF RICHARD ELDERKIN'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and Rule 9(d) of Local Rule of Civil Procedure, defendants, Patrick Bona, Richard Guisti, Jr. and Edward Demers (the Defendants"), by and through their attorneys, Updike, Kelly & Spellacy, P .C., respectfully request hat plaintiff, RICHARD ELDERKIN, answer the following interrogatories and request for production within thirty (30) days hereof.

### INTERROGATORIES

1. Please state the following:

   a. Your full name and any other name(s) by which you have been known;

   b. Your date of birth;

   c. Your social security number;

   d. Your home address;

   e. Your employer;

   f. Your employer's business address and telephone number;

  g. Your job title;

  e. Your job duties;

  f. How long you have been employed by your current employer; and

  g. How long you have held your current job title.

**ANSWER:**

**Richard James Elderkin;**
**DOB: August 27, 1949;**
**SSN: 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;**
**Home Address: 286 White Avenue, Middlebury, CT 06762;**

**Employer: U.S. Postal Service;**
**Address and Phone Number: 170 Water Street, Naugatuck, CT 06770, 203.729.3421;**
**Job Title: Fireman Labor, Janitor, Maintenance;**
**Job Duties: Cleaning and building maintenance;**
**Length of Employment: 22 years;**
**Length of Position Held: 22 years.**

2. Identify and list each loss you claim to have sustained as a result of the defendants' conduct that you have alleged in your Complaint.

**ANSWER:**

**Medical expenses and doctor's bills.**

3. State the names and addresses of all persons known to you who were present at the time of the incident alleged in your Complaint or who observed or witnessed all or part of the incident.

**ANSWER:**

**My co-plaintiff, Luis Maia, witnessed the ambush on the road.**
**The Algarin Family witnessed the search of the house: Juanita (mother), Francisco (father), and Betsaida (daughter), 1050 Straits Turnpike, Middlebury, CT.**

4.  With regard to the alleged actions of the defendants as stated in your complaint, set forth:

   a.  A detailed description of the specific damages alleged;

   b.  A mathematical computation used to calculate the damages alleged;

   c.  The identity of all documents which support the calculation of the damages alleged; and

   d.  The identity of all persons with knowledge or information concerning the existence and/or calculation of the damages alleged.

**ANSWER:**

**My economic damages are confined to medical and dental costs, present and future. My emotional losses are incalculable.**

5.  Have the police ever been summoned and/or dispatched to your home address within the past 10 years?

**ANSWER:**

**No.**

6.  If your answer to Interrogatory No.5 is in the affirmative, identify:

   a.  the dates and times the police have presented to your home;

   b.  the reason(s) requiring the presence of the police at your home each time;

   c.  if a report was completed each time the police reported to your home; and

   d.  if you and/or another individuals arrest resulted from the police presence.

**ANSWER:**

**Not applicable.**

8.  Within the past ten (10) years, have you ever been arrested?

**ANSWER:**

**No.**

9.   If the answer to the previous question is affirmative, please state for each arrest the following:

   a.   the date of the arrest;

   b.   the time and place of said arrest(s).

   c.   the crimes you were charged with;

   d.   the disposition of the charges;

   e.   the sentences penalties and/or fines levied against you.

**ANSWER:**

**Not applicable.**

10.   After the incident alleged in your Complaint, were you transferred anywhere by the police officer or anyone acting with him or on his behalf?

**ANSWER:**

**Yes.**

11.   If the answer the preceding interrogatory is in the affirmative, please state where you were transported.

**ANSWER:**

**1.   1050 Straits Turnpike, Middlebury;**
**2.   Police Headquarters, Middlebury;**
**3.   286 White Avenue, Middlebury (my residence).**

12.   Please state whether during the incident or at any time after the incident;

   a.   Whether you were fingerprinted and/or photographed;

    b.    Whether you were informed of your civil rights, signed an acknowledgment that your rights had been explained and read to you at any time during the incident or any time afterwards and if so by whom and where;

    c.    Whether you requested permission or were granted permission to make a phone call;

    d.    Whether you made any such phone call and to whom said phone call was made; and

    e.    whether you were placed in confinement of any kind, and if so, where, when and for what time period.

**ANSWER:**

**a.    No;**
**b.    Yes, at police station and I signed it;**
**c.    No;**
**d.    Not applicable;**
**e.    In the police car and the station.**

13.    Do you claim that as a result of the incident you lost any time or otherwise sustained any loss of wages from your employment?

**ANSWER:**

**I lost sick time from work.**

14.    If the answer to the preceding interrogatory is in the affirmative, please state:

    a.    The date on which you last worked a full day prior to the incident;

    b.    The date on which you were first able to resume any of your usual duties and the duties, if any, to which you claim you were then unable to perform;

    c.    The date on which you were first able to resume all of your usual duties;

    d.    The date on which you in fact first returned to work after the incident;

    e.    The dates on which you claim you were unable to pursue your employment because of the alleged injuries;

f.  The dates, if any, between the date of the incident and the date you answer this interrogatory on which you did not work for reasons other then the alleged injuries;

g.  The amount of money you claim represents your total loss of earnings to date as a result;

h.  Whether or not between the date of the incident alleged in your Complaint and the date you answer this Interrogatory, you received, or made claim for, unemployment compensation benefits and if so:

i.  The location of the unemployment compensation office where you made a claim and/or received compensation;

ii.  The date of each such claim;

iii.  The date on which each compensation payment was received;

i.  Whether or not between the date of the incident in your complaint and the date you answer this interrogatory, you received, or made claim for, social security benefits, and if so:

i.  The location of the social security officer where you made a claim and/or received benefits;

ii.  The date of each such claim;

iii.  The date on which each benefit payment was received.

**ANSWER:**

**a.**    **9/21/99;**
**b.**    **9/27/99;**
**c.**    **9/27/99;**
**d.**    **9/27/99;**
**e.**    **9/23/99 and 9/24/99, and various doctor visits;**
**f.**    **Overbroad, not likely to produce to discoverable evidence;**
**g.**    **Loss of sick days;**
**h.**    **No;**
**i.-iii.**  **Not applicable.**

15. If you are claiming any physical injuries as a result of the incident alleged in the Complaint, please state:

    a. each and every physical injury you suffered:

    b. the name and address of each physician, clinic and hospital who rendered treatment;

    c. the dates on which said treatment was rendered including any in-patient treatment, outpatient treatment and/or clinic visits.

**ANSWER:**

a.   **1. Left knee, medical meniscal tear**
      **2. Musculoskelatal strain**
      **3. Tooth fractures, root canal therapy, post core, and full cast gold crown.**

b. **Antonio Wong, M.D., Associated Physicians of Southbury;**

c. **Please refer to my medical records.**

16. Do you claim any permanent disability as a result of the incident? If so, please:

    a. describe in detail the claimed permanent disability;

    b. state in what way and to what extent you claim the condition is disabling, and

    c. state in what way and to what extent if any you claim the condition restricts or limits your activities.

**ANSWER:**

**My injury will not heal, I have not had a permanency rating.**

17. If you are claiming emotional and/or mental and/or psychological injuries, state:

    a. the name and address of each psychiatrist, psychologist, therapist, social worker or other professional who has rendered treatment;

  b. the dates on which said treatment was rendered including any in-patient treatment, out-patient treatment and/or clinics; and

  c. the name, prescribing doctor and pharmacy where all prescriptions were filled for all medications taken for emotional and/or mental difficulties.

**ANSWER:**

**I have not had treatment as yet.**

18. State the name(s) and address(es) of each person you expect to call as an expert witness at trial.

**ANSWER:**

**My attorney has not determined an expert in my case at this time.**

19. For each witness identified in Interrogatory No.18 state:

  a. the subject matter on which each expert witness is expected to testify;

  b. the substance of the facts and opinions to which each expert witness is expected to testify;

  c. a summary of the grounds for each opinion of each expert witness expected to testify.

**ANSWER:**

**Not applicable.**

## VERIFICATION

I, Richard Elderkin, certify that I have reviewed the Interrogatories and Requests for Production and responses thereto and that they are true and accurate to the best of my knowledge and belief.

*[signature]*
RICHARD ELDERKIN

Subscribed and sworn to before me this 2nd day of May, 2003

*[signature]*
Notary Public
My Commission Expires: My Commission Expires June 30, 2004
~~Commissioner of the Superior Court~~

312674

THE PLAINTIFF,
RICHARD ELDERKIN

By /s/
JOHN R. WILLIAMS
Federal Bar No. ct00215
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
His Attorney