UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD J. ELDERKIN           :
and LUIS MAIA                 :
                              :
V.                            :      NO. 3:02CV1474(MRK)
                              :
PATRICK BONA,                 :
RICHARD GUISTI, SR.,          :
EDWARD C. DEMERS and          :
ROBERT DEVINE                 :      JULY 23, 2004

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS FOR THE JURY

Counsel for the defendants Patrick Bona, Richard Guisti, Sr., and Edward C. Demers respectfully requests that the following questions be asked of prospective jurors:

1. The plaintiffs in this case are Richard Elderkin of Middlebury, Connecticut and Luis Maia of Naugatuck, Connecticut. To the best of your knowledge, are you or any members of your family acquainted with the plaintiffs in any way?

2. The defendants in this case are Patrick Bona, Richard Guisti, Sr. and Edward C. Demers. Defendants Bona, Guisti, and Demers are all employed by the Middlebury Police Department. To the best of your knowledge, are you or any members of your family acquainted with the defendants in any way?

369363

3. Have you or anyone close to you ever been employed in any capacity by any law enforcement agency? (If NO, have you or anyone close to you ever applied for a job in law enforcement?)

4. What contact have you had with police officers or other law enforcement officers through your work? In your neighborhood? In your social life?

5. To the best of your knowledge, have you, a member of your family or a close friend ever had an unpleasant experience with a police officer?

6. If your response to question 6 is affirmative, describe the unpleasant experience of which you are aware.

7. Do any of you have an unfavorable opinion about police officers in general?

8. If your response to question 8 is affirmative, describe the nature of the unfavorable opinion that you hold concerning police officers.

9. Have you, a member of your family, or a close friend ever been arrested? Have you ever been the subject of a domestic dispute which resulted in the police being called to the scene?

10. Have you ever had your person or property searched by the police? If yes, please describe the circumstances of the search. Was the search executed pursuant to a warrant?

369363

11. Have you read, heard or been exposed to unfavorable comments about the Middlebury Police Department? If so, are you able to put such things out of your mind and decide this case solely upon the facts and the law presented to you during the course of this trial?

12. A portion of the testimony in this lawsuit will come from police officers or their supervisors. Have you or any member of your family ever had a personal experience, heard anything, or read anything which might make it difficult for you to believe their testimony?

13. Do any of you believe that the testimony of a policy officer is entitled to greater credibility than that of any other witness, merely by virtue of the fact that the testimony comes from a police officer?

14. Do you think that police officers receive any kind of special training or instruction about how to testify in court? If YES: what kind of training? How do you think it affects the way that they present themselves in court? If NO: how do you think they prepare themselves to testify?

15. Do any of you believe, for any reason, that police officers have a tendency to abuse their authority?

16. Have you ever witnessed an incident where the police used force on someone? If YES: where and when did it occur? How did you feel the police officer conducted him/herself?

17. Have you or a member of your family ever sued a police officer for any reason?

18. Have you or a member of your family ever been sued by a governmental agency for any reason?

19. What do you think about the idea of an ordinary citizen suing a police officer because of the alleged actions taken by the officer in the line of duty?

20. Do you believe that, merely because the defendants have been accused of violating the plaintiff's constitutional rights, they are probably guilty of some wrongdoing?

21. What is your immediate reaction when you hear that someone is charging the police with violating the Constitution?

22. Do you believe that the police can make a mistake on duty without violating the Constitution?

23. Is there any matter not covered by these questions that you think should be brought to the attention of the Court because it would affect your ability to be a fair and impartial juror? Is there any matter you would prefer to discuss privately with the judge?

24. Do you have any problems at home or at work that might interfere with your ability to concentrate on the case during trial?

25. Do you have a medical condition that would make it difficult for you to serves as a juror? What is the condition of your hearing? Eyesight?

26. As of today, have you formed any opinions about this case?

27. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?

        RESPECTFULLY SUBMITTED,
        DEFENDANTS,
        PATRICK BONA, RICHARD GUISTI, SR.,
        and EDWARD C. DEMERS

By: _____
    JAMES N. TALLBERG, ESQ.
    Fed. Bar No. ct17849
    Updike, Kelly & Spellacy, P.C.
    One State Street, P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. (860) 548-2600

369363

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 23rd day of July 2004:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By:_____
  JAMES N. TALLBERG, ESQ.
  Updike, Kelly & Spellacy, P.C.

369363