# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and<br>LUIS MAIA,<br><br>  Plaintiffs,<br><br>v.<br><br>PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE,<br><br>  Defendants. | NO. 3:02CV1474(MRK) |

## JUDGMENT

Notice having been sent to counsel of record on August 24, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before September 23, 2004.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 30th day of September 2004.

KEVIN F. ROWE, Clerk

By _____
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____