# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

RICHARD ELDERKIN, ET AL. V. PATRICK BONA, ET AL.

CASE NUMBER: 3:02 CV 1474 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Pro Se

FILED 2005 JUL 14 P 2:57 U.S. DISTRICT COURT

**Date:** 14, July 05

**Signature:** X Richard J Elderkin

**Connecticut Federal Bar Number:** N/A

**Print Clearly or Type Name:** RICHARD J. ELDERKIN

**Telephone Number:** 203 5980807

**Address:** 286 WHITE AVE
MIDDLEBURY CT 06762

**Fax Number:**

**E-mail address:**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

UPDIKE, KELLY & SPELLACY
JAMES N. TALLBERG
ONE STATE ST.
HARTFORD, CT 06123-1277

NORMAN A. PATTIS
649 AMITY RD.
P.O. BOX 280
BETHANY, CT 06524

JOHN R. WILLIAMS ASSOC.
JOHN WILLIAMS
51 ELM ST.
SUITE 409
NEW HAVEN, CT 06510

JOHN R. WILLIAMS ASSOC.
KATRENA ENGSTROM
51 ELM ST. SUITE 409
NEW HAVEN, CT 06510

**Signature:** X Richard J Elderkin

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24