UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD J. ELDERKIN<br>and LUIS MAIA | : | |
| | : | |
| VS. | : | NO. 3:02CV1474(MRK) |
| | : | |
| PATRICK BONA,<br>RICHARD GUISTI, SR.,<br>EDWARD C. DEMERS and<br>ROBERT DEVINE | : | |
| | : | |
| | : | JULY 27, 2005 |

## MOTION TO WITHDRAW

The undersigned respectfully requests permission to withdraw as counsel in this case. In support hereof, the undersigned represents as follows:

1. I am a former partner of the firm of Williams & Pattis, LLC.

2. During my partnership in that firm, I represented Richard Elderkin.

3. I left the firm Williams & Pattis on January 10, 2005, to form a separate firm.

4. I did not withdraw from Mr. Elderkin's case at that time as I believed it to be settled and dismissed.

5. I now learn that Mr. Elderkin seeks to keep the case active on a pro se basis, and I have had no communication with him since leaving Williams & Pattis.

WHEREFORE, I am requesting permission to withdraw as counsel in this case.

RESPECTFULLY SUBMITTED

BY: _/S/ Norman A. Pattis_____

### CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was electronically transmitted to
James N. Tallberg, Esq.,
Updike, Kelly & Spellacy
P.O. Box 231277
Hartford, CT 06123-1277.

John Williams, Esq.
Williams & Associates
51 Elm Street, Suite 409
New Haven, CT 06510

and by first class mail to:

Richard J. Elderkin
286 White Avenue
Middlebury, CT 06762

/s/ Norman A. Pattis_____