UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

---

RICHARD ELDERKIN and
LUIS MAIA

      Plaintiffs,

v.

PATRICK BONA, RICHARD GUISTI, SR.
EDWARD C. DEMERS and ROBERT
DIVINE

      Defendants.

CIVIL ACTION NO.
3-02CV1474(MRK)

2005 AUG -8  P 3: 22

U.S. DISTRICT COURT
NEW HAVEN, CT

AUGUST 4, 2005

### REQUEST FOR SETTLEMENT CONFERENCE

RICHARD J. ELDERKIN
286 WHITE AVENUE
MIDDLEBURY CT  06762

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
THE HONORABLE MARK R. KRAVITZ
141 CHURCH STREET
NEW HAVEN CT 06510

THE HONORABLE JUDGE KRAVITS:

On July 05, 2005 I asked Attorney Willaims and Associates to remove themselves from representing me in the above case. On July 14, 2005 I filed an Appearance in Court to represent myself until I hire another attorney to represent me.

I am asking you for a settlement conference to resolve this settlement issue.
I never gave Attorney Williams' office my approval or permission to accept
any settlement agreement. Due process of law has been denied me. At the
June 23, 2005 settlement conference in Hartford which I was ordered to attend,
I was never given the opportunity to meet with Judge Smith or to speak with him.

Page 1.

                                                                   *[signature]*
                                                                   Signature

## CERTIFICATE OF SERVICE

This is to certify that this request was mailed on this date to the following:

Updike, Kelly & Spellacy
James N. Talberg
One State Street
Hartford CT 06123-1277

_____Richard Elderk_____
Signature

P. 2