UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ELDERKIN and LUIS MAIA | CIVIL ACTION NO. 3:02CV1474(MRK) |
| Plaintiffs, | |
| v. | |
| PATRICK BONA, RICHARD GUISTI, SR., EDWARD C. DEMERS and ROBERT DEVINE | |
| Defendants. | AUGUST 11, 2005 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE

The defendants, Patrick Bona, Richard Guisti and Edward C. Demers respectfully object to the plaintiff Richard Elderkin's Request for a Settlement Conference, dated August 4, 2005, for the following reasons:

(1) On or about August 23, 2004, on the eve of trial, this case was settled. It was reported settled on August 24, 2004.

(2) On September 30, 1994, Judgment entered in this action. No appeal was filed and, as a result, the Court lacks subject matter jurisdiction to act on the plaintiff's request. See Kohhonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994); Fed. R. Civ. P. 12(h)(3);

(3) Although the plaintiff, Richard Elderkin, has tried to repudiate the settlement which was agreed to by his counsel, Norman A. Pattis, who indicated that he had the authority to settle the

406888

case on the agreed upon terms, the defendants stand ready, willing and able to consummate the agreed upon settlement.

(4) In his Motion to Withdraw as counsel, dated July 7, 2005, Attorney Pattis indicated that when he left the firm of Williams and Pattis, LLC in January 2005, he "believed it to be settled and dismissed." Motion to Withdraw of 7/7/05, ¶4.

(5) Although Richard Elderkin has filed a pro se appearance in place of Attorney Pattis, whose Motion to Withdraw was granted by the Court, there is still an appearance on record for the plaintiffs by John R. Williams and Katrina K. Engstrom. As a result, even if the Court had retained jurisdiction, Mr. Elderkin should not be allowed to proceed both as a pro se plaintiff and represented by Attorneys Williams and Engstrom.

WHEREFORE, the defendants respectfully request that the Court not act on the plaintiff's Request for a Settlement Conference.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
PATRICK BONA, RICHARD GUISTI, SR.
and EDWARD C. DEMERS

By: _____
JAMES N. TALLBERG, ESQ.
Fed. Bar No. ct17849
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600
jtallberg@uks.com

406888

2

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record and pro se plaintiff, this 11TH day of August 2005:

Richard J. Elderkin
286 White Avenue
Middlebury, CT 06762

John R. Williams, Esq.
Katrina Engstrom, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.